1 Benjamin C. Deming (State Bar No. 233687)
bdeming@rutan.com
2 Hani Z. Sayed (State Bar No. 224233)
hsayed@rutan.com
3 RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
4 Costa Mesa, California 92626-1931
Telephone:   714-641-5100
5 Facsimile:    714-546-9035

6 Attorneys for Plaintiff
NIAGARA BOTTLING, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIAGARA BOTTLING, LLC, a Delaware limited liability company,<br><br>         Plaintiff,<br><br>    vs.<br><br>AQUAHYDRATE, INC., a California Corporation,<br><br>         Defendant. | Case No. 5:17-cv-01689-SJO-JCx<br><br>**JOINT STIPULATION TO DISMISS**<br><br>**[PROPOSED ORDER FILED CONCURRENTLY]** |

IT IS HEREBY STIPULATED by and between Plaintiff Niagara Bottling, LLC and Defendant AQUAHydrate, Inc., by and through their respective counsel of record, that all claims in the above-referenced matter be dismissed with prejudice, and that the matter be dismissed. Each party shall bear its own costs and fees.

Dated: September 24, 2018

RUTAN & TUCKER, LLP
HANI SAYED
BENJAMIN C. DEMING

By: /s/ *Benjamin Deming*
Benjamin C. Deming
Attorneys for Plaintiff NIAGARA BOTTLING, LLC

Dated: September 24, 2018

DLA PIPER LLP (US)
STANLEY PANIKOWSKI

By: /s/ *Stanley Panikowski*
Stanley Panikowski
Attorneys for Defendant AQUAHYDRATE, INC.

**L.R. 5-4.3.4 Attestation**

The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ *Benjamin Deming*
Benjamin C. Deming